UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUTHER LOPEZ,

                    Plaintiff,

          -against-

GENESIS FS CARD SERVICES, INC.; THE
BANK OF MISSOURI,

                  Defendants.

21-CV-1370 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 21, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 21, 2021
           New York, New York

                            /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                    Chief United States District Judge